# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | § NO: PE:24-M-00094(1,3) |
| | § |
| (1) Willie Ben Lara | § |
| (3) Michael Angelo Espinosa | § |

## ORDER RESETTING PRELIMINARY / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for PRELIMINARY / DETENTION HEARING on **March 19, 2024, at 9:30 AM** in the Courtroom 2, 410 South Cedar, Pecos, TX 79772.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **13th day of March, 2024.**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE