FILED
3/14/2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CO_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v<br><br>(1) WILLIE BEN LARA, III,<br>(2) EMILY RACHAEL MEDLEY, &<br>(3) MICHAEL ANGELO ESPINOSA,<br><br>Defendants. | Case No: 4:24-CR-00048<br><br><u>INDICTMENT</u><br><br>COUNT 1: 21 U.S.C. § 846, 841(a)(1) & (b)(1)(C), Conspiracy to Possess with Intent to Distribute Fentanyl<br><br>COUNT 2: 21 U.S.C. § 841(a)(1) & (b)(1)(C) & 18 U.S.C. § 2, Possession with Intent to Distribute Fentanyl, Aiding and Abetting<br><br>COUNT 3: 21 U.S.C. § 846, 841(a)(1) & (b)(1)(C), Conspiracy to Possess with Intent to Distribute Heroin and Methamphetamine<br><br>COUNT 4: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Possession with Intent to Distribute Heroin and Methamphetamine |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. § 846, 841(a)(1), & (b)(1)(C)]

That on or about March 5, 2024, in the Western District of Texas, Defendants,

(1) WILLIE BEN LARA, III,
(2) EMILY RACHAEL MEDLEY,
and
(3) MICHAEL ANGELO ESPINOSA,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance, to wit: less than 40 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propenamide, also known as Fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

## COUNT TWO
### [21 U.S.C. § 841(a)(1) & (b)(1)(C), & 18 U.S.C. § 2]

That on or about March 5, 2024, in the Western District of Texas, Defendants,

**(1) WILLIE BEN LARA, III,
(2) EMILY RACHAEL MEDLEY,
and
(3) MICHAEL ANGELO ESPINOSA,**

aiding and abetting one another and others, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit: less than 40 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as Fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C) & Title 18 U.S.C. Section 2.

## COUNT THREE
### [21 U.S.C. § 846, 841(a)(1), & (b)(1)(C)]

From on or about April 28, 2022, to on or about May 3, 2022, in the Western District of Texas, Defendant,

**MICHAEL ANGELO ESPINOSA,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance, to wit: less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and less than 50 grams of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

## COUNT FOUR
**[21 U.S.C. § 841(a)(1) & (b)(1)(C)]**

From on or about April 28, 2022, to on or about May 3, 2022, in the Western District of Texas, Defendant,

**MICHAEL ANGELO ESPINOSA,**

less than 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

**JAIME ESPARZA**
**UNITED STATES ATTORNEY**

BY: _____
Assistant United States Attorney