UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | § Case Number: |
| | § PE:24-CR-00048(1,2,3)-DC |
| (1) Willie Ben Lara III | § |
| (2) Emily Rachael Medley | § |
| (3) Michael Angelo Espinosa | § |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE on **May 16, 2024, at 9:30 AM** in the Courtroom 2, 410 South Cedar, Pecos, TX 79772.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **13th day of May, 2024.**

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE