FILED
June 25, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Joseph Hinojos__
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff.<br><br>vs.<br><br>WILLIE BEN LARA III,<br><br>Defendant. | §<br>§<br>§<br>§<br>§   4:24-CR-48(1)<br>§<br>§<br>§<br>§ |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, WILLIE BEN LARA III, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 25th day of June 2024.

X _Willie Lara_
WILLIE BEN LARA III,
Defendant

_Jaime Escuder_
JAIME ESCUDER,
Attorney for Defendant